UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW PERRONG,

    Plaintiff,

v.   Case No. 8:21-cv-783-KKM-TGW

DIRT CHEAP LOTS OF FLORIDA, LLC,
and ROBERT VAUGHN,

    Defendants.
_____/

## ORDER

This Court entered an order directing parties to mediate. (Doc. 22.) The appointed mediator informed the Court that Defendant Vaughn, who is proceeding pro se, communicated his intent to violate this Court's mediation order and no counsel has appeared on behalf of Defendant Dirt Cheap Lots, despite a company's inability to represent itself. (Doc. 35.) The Court directed Defendant Vaughn to show cause by October 28, 2021, why the Court should not impose sanctions on him for violating the Court's mediation order. (Doc. 35.) Defendant Vaughn has filed no motion or notice by October 28, 2021, explaining why he violated the Court's order.

Accordingly, the following is **ORDERED:**

1. Defendant Vaughn **MUST SHOW CAUSE** by November 8, 2021, why the Court should not impose sanctions on him for failing to pay his portion of the mediator's fees in violation of the Court's mediation order and announcing his intention not to attend court-ordered mediation. If Vaughn fails to show cause by this second deadline, the Court will impose appropriate sanctions.

**ORDERED** in Tampa, Florida, on November 1, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge