UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ANDREW PERRONG, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>DIRT CHEAP LOTS OF FLORIDA, LLC,<br><br>      Defendant. | NO. 8:21-cv-0783-KKM-TGW |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Andrew Perrong hereby notifies the Court of the dismissal of this action with prejudice as to the Plaintiff's individual claims, with each party to bear its own attorneys' fees and costs. None of the rights of any putative class members, other than the plaintiff, has been released or are otherwise affected by this dismissal.

DATED this 5th day of November, 2021.    Respectfully submitted,

                                                    */s/ Avi Kaufman*
                                                    Avi R. Kaufman (FL Bar no. 84382)
                                                    kaufman@kaufmanpa.com
                                                    Rachel E. Kaufman (FL Bar no. 87406)
                                                    rachel@kaufmanpa.com
                                                    KAUFMAN P.A.
                                                    400 NW 26th Street
                                                    Miami, FL 33127
                                                    Telephone: (305) 469-5881

                                                    *Counsel for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF and via email to Robert Vaughn and Dirt Cheap Lots of Florida, LLC, 6925 Bonner Ave., Clearwater, FL 33761.

/s/ Avi R. Kaufman