UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW PERRONG, individually,
and on behalf of all others similarly situated,

    Plaintiff,

v.                                                 Case No. 8:21-cv-0783-KKM-TGW

DIRT CHEAP LOTS OF FLORIDA, LLC,

    Defendant.
_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal (Doc. 41), informing the Court that he is dismissing the action with prejudice. Although Plaintiff brought the claims individually and on behalf of others, he never moved to certify a class and notes that the "[n]one of the rights of any putative class members, other than plaintiff, ha[ve] been released or are otherwise affected by th[e] dismissal." (Doc. 41.) There is, thus, no certified class or any "class proposed to be certified for purposes of settlement," Fed. R. Civ. Proc. 23(e), and the Court dismisses the action upon Plaintiff's request on terms it considers proper, Fed. R. Civ. Proc. 41(a)(2). In accord with the notice of voluntary dismissal, the Court orders that this case is **dismissed, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims Plaintiff brought on behalf of others.** The Clerk is directed to enter judgment

per the voluntary dismissal, to terminate any pending motions and deadlines, and to close this case.

**ORDERED** in Tampa, Florida, on November 5, 2021.

Kathryn Kimball Mizelle
United States District Judge

2